**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.                                                     ) 1:13-CR-96
                                                       )
                                                       )
ARTURO PONCE-ORTIZ                                     )

*FILED*

APR 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                              (X) Ad Prosequendum                    ( ) Ad Testificandum.
Name of Detainee:             ARTURO PONCE-ORTIZ
Detained at (custodian):      MADERA COUNTY JAIL

Detainee is:    a.)    (X ) charged in this district by:
                       (X ) Indictment              ( ) Information          ( ) Complaint
                       Charging Detainee With:  **8 U.S.C. § 1326(a) and (b)(2) Deported Alien
                                                 Found in the United States**

    or      b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or      b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                   currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                        Signature:/s/Mia A. Giacomazzi
                        Printed Name & Phone No:MIA A . GIACOMAZZI/ 559-497-4000
                        Attorney of Record for:____United States of America

## WRIT OF HABEAS CORPUS
                (X) Ad Prosequendum                    ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

Date  4 | 23 | 13
_____  United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____      Male X      Female

Booking or CDC #:       1300000803                             DOB:    _____
                        Release Date: 02/24/2014               Race:
Facility Address:ReleRe  _____

                        _____  FBI #:   _113614XB1__

Facility Phone:         _____

Currently Incarcerated For: _____

-----------------------------------------------------------------------------------------------------
                              **RETURN OF SERVICE**

Executed on _____ by  _____
                                                        (Signature)        _____

C:\WINDOWS\Temp\notes101AA1\Writ ARTURO.wpd
Form Crim-48                                                              Revised 11/19/97